UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

KI DONG JUNG. on Behalf of Himself and All
Others Similarly Situated.

                Plaintiff.                           Case No.: 2:13-cv-04020 (JS) (WDW)

    - against-                                 **STIPULATION**

MAL SOON KIM, YEO HAN KIM, and
INTERNATIONAL LEATHER CARE
COMPANY CORP.

                Defendant.

-------------------------------------------------------------- -X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the

undersigned counsel that the time for Plaintiff Ki Dong Jung and all other similarly situated in the above-

captioned action to serve responses and/or objections with respect to Defendants' First Interrogatories and

First Request for the Production of Documents served December 19, 2013 is hereby extended to February

19, 2014 and it is further

    **STIPULATED AND AGREED** by and between the parties that this Stipulation may he executed

in any number of counterparts and when taken together shall constitute an original document and any

signature transmitted via facsimile shall be deemed an original for all purposes.

Dated: January 17. 2014

THE LAW OFFICES OF IRA S. NEWMAN          LAW FIRM OF DK & ASSOCIATES, P.C.

Ira S. Newman, Esq. (IN-2747)               Do Kyung Kim, Esq.
*Attorney for Defendants*                      *Attorney for Plaintiff*
98 Cutter Mill Road                          150-03 Northern Boulevard – 2nd Floor
Suite 441 — South                          Flushing, NY 11355
Great Neck, NY 11021

## Law Firm of DK & Associates, P.C.

**Manhattan Office:**
303 Fifth Ave. Suite 608
New York, NY 10016
TEL: (718) 460-9494
FAX: (888) 456-7938
dkkimlaw@gmail.com

**ALL CORRESPONDENCE:**
**Flushing Office:**
150-03 Northern Blvd. 2nd Flr.
Flushing, NY 11354
TEL: (718) 460-2435
FAX: (888) 456-7938
dkkimlaw@gmail.com

## *Fax Transmittal Form*

Date: 1/17/2014

**TO: Mr. Newman**

FAX: (516) 487-0113

PHONE: (516) 487-7375

**FROM: Danbee**

PAGES (including cover sheet): 2

Re: Jung vs. Kim, et al. / Case No.: 2:13-cv-04020 (JS) (WDW)

Mr. Newman,

Attached please find sign Stipulation and return the document to us.

Thank you,
**Danbee**

○ URGENT

○ PLEASE COMMENT

○ PLEASE REVIEW

○ **FOR YOUR RECORDS**

THIS FACSIMILE (INCLUDING ANY ATTACHMENTS) CONTAINS CONFIDENTIAL INFORMATION WHICH ALSO
MAY BE LEGALLY PRIVILEGED AND WHICH IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S)
NAMED HEREIN. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE OR THE EMPLOYEE OR
AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE, AND ANY ATTACHMENTS
HERETO, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE
IMMEDIATELY NOTIFY THE LAW FIRM OF DK & ASSOCIATES, P.C., AT (718) 460 - 2435 AND DELETE THE
ORIGINAL (INCLUDING ANY ATTACHMENTS) AND ANY PRINTOUT(S) THEREOF.