UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KI DONG JUNG, et al.,                              **ORDER**
            Plaintiff(s),                       CV 13-4020 (JS) (WDW)

      -against-

MAL SOON KIM, et al.,
            Defendant(s).
----------------------------------------------------------X
**WALL, Magistrate Judge:**

      Before the court is the defendants' motion to strike the amended complaint docketed as [19]. DE[20]. The plaintiffs oppose the motion and ask that they be given an extension of time to move to amend rather than to file an amended complaint outright. DE[21]. The court notes that the plaintiffs misunderstood the earlier order, which extended their time to move to amend, not their time to amend without leave, which is governed by the federal rules. The defendants' motion is granted to the extent that document [19] is deemed to not be the current operative pleading in this matter, but to be the proposed amended complaint that will be the subject of a motion to amend that the plaintiffs must file by **May 7, 2014.**

    Dated: Central Islip, New York            **SO ORDERED:**
           April 30, 2014

                                                       /s/ William D. Wall
                                                       WILLIAM D. WALL
                                                       United States Magistrate Judge