THE LAW OFFICES OF

# IRA S. NEWMAN

SUITE 441 - SOUTH
98 CUTTER MILL ROAD
GREAT NECK, NEW YORK 11021
_____

OFFICE (516) 487-7375 • FAX (516) 487-0113
E-MAIL ADDRESS:  inewman@mindspring.com

June 16, 2014


**VIA ECF**

The Honorable Joanna Seybert
District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

The Honorable William D. Wall
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

      Re:    Ki Dong Jung v. Mal Soon Kim, et al.
              13-CV-4020

Dear Judge Seybert and Judge Wall:

      This firm represents defendants Mal Soon Kim, Yae Han Kim (s/h/a "Yeo Han Kim"), and International Leather Care Company Corp. (collectively, the "Defendants") in the above-referenced action.  On June 3, 2014, counsels for plaintiff Ki Dong Jung ("Plaintiff's Attorneys") filed a motion to withdraw as counsels and for a thirty day stay of discovery (the "Motion").  (Dkt. No. 28).  This letter confirms that Defendants do not oppose Plaintiff's Attorneys' Motion.

      Respectfully submitted,

      *s/ Ira S. Newman*
      Ira S. Newman

cc:      All Counsel (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KI DONG JUNG, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>– against –<br><br>MAL SOON KIM, YEO HAN KIM, and INTERNATIONAL LEATHER CARE COMPANY CORP.,<br><br>　　　　　Defendants. | 2:13-CV-4020 (JS) (WDW)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, IRA S. NEWMAN, the attorney of record for Defendants MAL SOON KIM, YAE HAN KIM (s/h/a "YEO HAN KIM") and INTERNATIONAL LEATHER CARE COMPANY CORP., certify that on the 16th day of June, 2014, I caused a true and correct copy of the foregoing letter, dated June 16, 2014, to be served on counsels for Plaintiff, as set forth below, by docketing the letter via ECF, and thus generating an automatic electronic transmission:

William C. Rand, Esq.
Law Office of William Coudert Rand
488 Madison Avenue, Suite 1100
New York, New York  10022
(212) 286-1425
*Attorneys for Named and Proposed Plaintiffs Ki Dong Jung, Oscar G. Mori, and Rudy Valdez*

Do Kyung Kim, Esq.
Law Firm of DK & Associates, P.C.
150-03 Northern Boulevard, Second Floor
Flushing, New York  11355
(718) 460-2435
*Attorneys for Named and Proposed Plaintiffs Ki Dong Jung, Oscar G. Mori, and Rudy Valdez*

Dated: Great Neck, New York
　　　　 June 16, 2014

　　　　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF IRA S. NEWMAN

　　　　　　　　　　　　　　　　　　　　　　By:　　　*s/ Ira S. Newman*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ira S. Newman

　　　　　　　　　　　　　　　　　　　　　　98 Cutter Mill Road
　　　　　　　　　　　　　　　　　　　　　　Suite 441-South
　　　　　　　　　　　　　　　　　　　　　　Great Neck, New York  11021
　　　　　　　　　　　　　　　　　　　　　　(516) 487-7375
　　　　　　　　　　　　　　　　　　　　　　inewman@mindspring.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　*Mal Soon Kim, Yae Han Kim, and*
　　　　　　　　　　　　　　　　　　　　　　*International Leather Care Company Corp.*